**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00937-CV

### IN RE HAIJUN ZHU, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-08308**

## ORDER

Based on the Court's opinion of this date we deny relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     MOLLY FRANCIS
         JUSTICE